UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| OREON J. HUFFMAN, | CASE NO. 1:09 CV 1862 |
| Plaintiff, | JUDGE CHRISTOPHER A. BOYKO |
| v. | |
| | <u>ORDER</u> |
| CUYAHOGA COURT OF COMMON PLEAS, et al., | |
| Defendants. | |

In an entry dated August 18, 2009, plaintiff was ordered either to pay the full filing fee or to file a proper Financial Application and prisoner account statement within 30 days. Although that 30 day period has expired, plaintiff has not sought additional time and has neither paid the filing fee nor filed a proper Financial Application with a certified prisoner account statement.[1]

Accordingly, this action must be and is hereby dismissed without prejudice. <u>McGore v. Wrigglesworth</u>, 114 F.3d 601 (6th Cir. 1997). Further, the Court certifies, pursuant to 28 U.S.C. §

---

[1] Plaintiff filed two Affidavits of Prisoner, but neither contained and account statement as required by the August 18 order.

1915(a)(3), that an appeal from this decision could not be taken in good faith.

    IT IS SO ORDERED.

                                        S/Christopher A. Boyko
                                        CHRISTOPHER A. BOYKO
                                        UNITED STATES DISTRICT JUDGE

September 23, 3009